**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-02205-WJM-CBS

TRAVIS BERGERON

    Plaintiff,

v.

HITACHI KOKI, LTD, a corporation,
HITACHI KOKI SALES CO., LTD, a corporation, and
HITACHI KOKI, USA, a corporation

    Defendants.

---

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Stipulated Motion to Dismiss filed November 26, 2012 (ECF No. 19). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 28th day of November, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge